No. 328. GEORGE BIRD ET AL., INDIVIDUALLY AND AS TRUSTEES, ETC., APPELLANTS, *v.* JAMES M. ASHTON ET AL. Appeal from the Circuit Court of the United States for the Western District of Washington. Motion to dismiss or affirm submitted April 3, 1911. Decided April 10, 1911. *Per Curiam.* Dismissed for want cf jurisdiction. *McGilvra* v. *Ross,* 215 U. S. 70; *Shively* v. *Bowlby,* 152 U. S. 1; *Goodrich* v. *Ferris,* 214 U. S. 71, 81; *Farrell* v. *O'Brien,* 189 U. S. 89; *United States Fidelity &c. Co.* v. *United States,* 204 U. S. 516, and cases cited. *Mr. Benjamin S. Grosscup* for the appellants. *Mr. W. P. Bell, Mr. Frederic D. McKenney, Mr. W. H. Doolittle* and *Mr. James M. Ashton* for the appellees.

---

No. —. Original. *Ex parte:* IN THE MATTER OF HOWARD B. MANINGTON ET AL., PETITIONERS. Motion for leave to file petition submitted April 3, 1911. Decided April 10, 1911. *Per Curiam.* Motion for leave to file petition for writ of mandamus denied. See *Ex parte Harding,* 219 U. S. 363, decided at this term. *Mr. R. W. McCoy* and *Mr. Smith W. Bennett* for the petitioner. No one opposing.